UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andy Zeimes, | COURT FILE NO: 13-cv-1395-JRT-JJG |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME FOR DEFENDANT STELLAR RECOVERY, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Stellar Recovery, Inc. and John Doe, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff, Andy Zeimes, and Defendant Stellar Recovery, Inc. ("Stellar") through their respective undersigned counsel, that Stellar is granted an extension through July 24, 2013, with which to answer and/or otherwise respond to the Complaint filed in this matter.

ATTORNEYS FOR PLAINTIFFS

Dated: July 1, 2013

By: **s/Todd M. Murray**
Todd M. Murray, Esq. (#347462)
Attorneys for Plaintiff Andy Zeimes
FRIEDMAN IVERSON, PLLC
2509 First Avenue NE
Suite 2
Minneapolis, MN 55413
Telephone: (612) 564-4025
Facsimile: (612) 392-7979
Email: todd@friedmaniverson.com

1

**Error! Unknown document property name.**

                                ATTORNEYS FOR DEFENDANT

Dated: July 1, 2013                    By: <u>**s/James R. Bedell**</u>
                                              Michael S. Poncin, (#296417)
                                              James R. Bedell, (#351544)
                                              Attorneys for Defendant Stellar Recovery, Inc.
                                              MOSS & BARNETT, P.A.
                                              4800 Wells Fargo Center
                                              90 South Seventh Street
                                              Minneapolis, MN 55402-4129
                                              Telephone: (612) 877-5000
                                              Facsimile: (612) 877-5999
                                              PoncinM@moss-barnett.com
                                              BedellJ@moss-barnett.com

**Error! Unknown document property name.**